**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA E. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:12CV02154 AGF |
| ) | |
| ERIC H. HOLDER, JR., ATTORNEY ) | |
| GENERAL OF THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION IN LIMINE

Comes now Plaintiff Moore, by her attorneys, and asks the Court to bar any evidence of, or reference to, the following at any time during the trial of this case:

1. The opinion testimony of any witness that Defendant did not discriminate against Plaintiff on account of her race;

2. The EEOC's Findings of Facts and Conclusions of Law against Plaintiff following an administrative hearing on her claim of race discrimination;

3. Evidence concerning the general note-taking skills of Nancy Gargula; and

4. Any evidence faulting Plaintiff for not expressing interest in or seeking training for the position of Senior Bankruptcy Analyst prior to the date it was posted.

The grounds for Plaintiff Moore's Motion in Limine are set forth in the accompanying Memorandum.

1

SEDEY HARPER, P.C.
Attorneys for Plaintiff

*/s/ Jessica M. Scales*

_____
Jessica M. Scales, #64136
2711 Clifton Avenue
St. Louis, MO 63139
314/773-3566
314/773-3615 (fax)
jscales@sedeyharper.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the above was served on November 3, 2014, via the Court's electronic notification system to:

Christina B. Moore    #53917-MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-3991
Fax: (314) 539-2777
Christina.moore@usdoj.gov
Attorneys for Defendant

*/s/ Jessica M. Scales*

_____