TRANSCRIPT OF PROCEEDINGS 5/8/2012 & 5/9/2012

## Page 1

1  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
2  St. Louis District Office
3
4
5
6
7  IN RE: CYNTHIA MOORE vs. DEPARTMENT OF JUSTICE
8
9  EEOC CASE NO. 560-2010-00168X
10  AGENCY NO. OBD-2008-00632
11
12
13
14
15  TRANSCRIPT OF PROCEEDINGS
16  MAY 8 & 9, 2012
17
18
19
20
21
22  (Hearing start time: 8:10 a.m.)
23
24
25

## Page 2

INDEX OF WITNESSES

CYNTHIA MOORE
Direct Examination by Mr. Garfield — Page 9
Cross Examination by Mr. Bridenhagen — Page 72
Redirect Examination by Mr. Garfield — Page 77
Rebuttal Direct Examination by Mr. Garfield — Page 390

CINDY BECK
Direct Examination by Mr. Garfield — Page 78
Cross Examination by Mr. Bridenhagen — Page 98
Redirect Examination by Mr. Garfield — Page 106
Rebuttal Examination by Mr. Bridenhagen — Page 142
Rebuttal Examination by Mr. Garfield — Page 145

ROBERT NEWTON
Direct Examination by Mr. Mr. Garfield — Page 110
Cross Examination by Mr. Bridenhagen — Page 137
Redirect Examination by Mr. Garfield — Page 141

MARTHA HALLOWELL
Direct Examination by Mr. Bridenhagen — Page 146
Cross Examination by Mr. Garfield — Page 159

JOHN CHURCH
Direct Examination by Mr. Bridenhagen — Page 166
Cross Examination by Mr. Garfield — Page 196
Redirect Examination by Mr. Bridenhagen — Page 219
Recross Examination by Mr. Garfield — Page 221

## Page 3

TONJA NERO-BRITT
Direct Examination by Mr. Garfield — Page 223
Cross Examination by Mr. Bridenhagen — Page 237

DANIEL CASAMATTA
Direct Examination by Mr. Garfield — Page 240
Cross Examination by Mr. Bridenhagen — Page 272
Redirect Examination by Mr. Garfield — Page 282
Recross Examination by Mr. Bridenhagen — Page 290
Further Redirect Examination by Mr. Garfield — Page 292

NANCY GARGULA
Direct Examination by Mr. Garfield — Page 293
Cross Examination by Mr. Bridenhagen — Page 357
Redirect Examination by Mr. Garfield — Page 384

(Day one is page 7 through page 237. Day two is page 238 through page 393.)

## Page 4

EXHIBITS

Complainant's Exhibit C-3 — Page 33
Complainant's Exhibit C-6 — Page 81
Complainant's Exhibit C-8 — Page 39
Complainant's Exhibit C-9 — Page 57
Complainant's Exhibit C-16 — Page 69
Complainant's Exhibit C-20 — Page 63
Complainant's Exhibit C-21 — Page 65
Complainant's Exhibit C-22 — Page 195
Complainant's Exhibit C-25 — Page 64
Complainant's Exhibit C-26 — Page 33
Complainant's Exhibit C-27 — Page 93

Agency Exhibit 4 — Page 155
Agency Exhibit 6 — Page 100
Agency Exhibit 7 — Page 156
Agency Exhibit 8 — Page 121
Agency Exhibit 9 — Page 227

(All exhibits were retained by Judge Niehoff. The index below reflects Agency or Complainant exhibits that were identified during the proceeding).

Page 257

1 not have been able to fill the position as soon as October.
2 And I think your answer was you agreed?
3   A  Right. You asked if the position were started in
4 September, it wouldn't be filled by October and my answer
5 was, yes, sir.
6   Q  On Page 5 of your statement?
7       JUDGE NIEHOFF: Are you talking back his affidavit?
8       MR. GARFIELD: His affidavit, yeah. His statement.
9 It's one of the last questions there.
10      JUDGE NIEHOFF: That's in Tab?
11      MR. BRIDENHAGEN: E-3.
12      MR. GARFIELD: E-3.
13  Q  (By Mr. Garfield) And you were asked the question
14 by the investigator about whether you had any knowledge that
15 any of the GS-15 senior analyst positions --
16  A  Right.
17  Q  -- were outside of the regional offices?
18  A  Right.
19  Q  And I think your response was that you thought
20 there were a few?
21  A  Yeah, I said I believe that. I'm not sure that's
22 accurate because the question was GS-15 and I have no idea
23 what GS level people are that aren't working in the office.
24 But Cindy Beck, who is our personnel person, indicated to me
25 that, you know, some of the people are not actually rated as

Page 258

1 senior bankruptcy analysts when they're not in the regional
2 office because they don't have all the duties of a senior
3 bankruptcy analyst. I think in some -- and I learned that
4 after I did this, but I think in some offices those people
5 will have a part of the senior bankruptcy analyst duties, but
6 not all of them.
7       But I'm certainly no expert on senior bankruptcy
8 analyst. I just tried to answer the question. And I
9 wouldn't know what their GS levels were. I mean Miss Beck
10 would know that I would assume. And as I said, I'm not sure
11 because I'm not sure every region has a senior bankruptcy
12 analyst.
13  Q  Now, does every -- isn't it true that every region
14 doesn't have a senior analyst?
15  A  Yeah, I don't know that they all do.
16  Q  Let's go back to E-8. And I'm going to ask you to
17 kind of keep your finger on the questions that are on Page 1
18 and 2 and your notes which start I believe on Page 9.
19  A  Page 9, okay.
20  Q  Yeah. I mean the notes part. I think I got the
21 page right.
22  A  Okay, I have it.
23  Q  Now, as I understand it one question that gave you
24 concern was Miss Moore's response to the question why are you
25 interested in the position?

Page 259

1   A  Right.
2   Q  What was your concern there?
3   A  Her answer was simply that she wanted to be
4 promoted.
5   Q  Now, wasn't there really more to her answer than
6 that?
7   A  That's what I wrote down. I'm not, you know, Miss
8 Gargula is a precise note taker, but I write impressions
9 based on what I hear. And what I heard and what I wrote down
10 was she wanted to be promoted.
11  Q  Didn't she also go into all her qualifications?
12  A  She -- yeah, I think she said what she did. She
13 kind of gave us a laundry list of those things that she did
14 in her bankruptcy analyst position.
15  Q  Okay. And let's go back on Page 13.
16  A  Sir, thirteen on my --
17  Q  Thirteen -- Page 13.
18  A  All right.
19  Q  On your notes. And now, you had testified earlier
20 about some of the -- some of what Miss Moore said about
21 how -- being concerned whether it would all be a good fit for
22 her?
23  A  No. My question was -- not to interrupt you, but
24 my question was how do you plan to handle the Kansas City
25 field office analyst duties from St. Louis. And she said she

Page 260

1 wouldn't take if not a good fit, for me money's not
2 everything, she'd have to do some soul searching, she thinks
3 the job would work for her. And that was what my impression
4 was. She wasn't saying I plan to come to Kansas City, but
5 that it was still some issue up in the air.
6   Q  Wasn't the question more in the nature is there a
7 reason why you would not take the job?
8   A  No, my question is -- my question was how will you
9 handle those duties from St. Louis. And I felt that that
10 answer was not responsive to that question.
11  Q  Let's look at Page 7, which are part of Miss
12 Gargula's notes. Now, you say that she is much more of a
13 detail person, right?
14  A  Right.
15  Q  And she takes much more precise notes than you
16 do?
17  A  Right.
18  Q  And wouldn't you say that, you know, just looking
19 at what you wrote down and what she wrote down that her notes
20 are more detailed than yours?
21  A  She has more words in there than mine have, yes.
22  Q  And it says in there it says a reason not to take
23 the position, right?
24  A  Uh-huh.
25  Q  It doesn't say anything about doing it from Kansas

65 (Pages 257 to 260)