10b E·3

TITLE, SERIES, GRADE: Senior Bankruptcy Analyst, GS-301-15

VACANCY ANNOUNCEMENT NUMBER: R13-MO-08-001

SALARY RANGE: $107,962 to $140,355 per annum

PROMOTION POTENTIAL TO: GS-15

WHO MAY BE CONSIDERED: Applications will be accepted from USTP Region 13 employees only.

OPENING DATE: 18 August, 2008
CLOSING DATE: 25 August, 2008

DUTY LOCATION: U.S. Trustee Program, Kansas City, MO

NUMBER OF VACANCIES: 1 Position

THIS IS A FULL-TIME, PERMANENT, EXCEPTED SERVICE APPOINTMENT

JOB SUMMARY: The U.S. Trustee Program (USTP) is a component of the Department of Justice and has the legal authority to appear in every bankruptcy case filed in the United States, from chapter 7 liquidations to major chapter 11 business reorganizations. As a result, USTP employees headquartered in Washington, D.C., and in our 95 field offices throughout the country handle a wide range of challenging and significant matters as we strive to promote the integrity and efficiency of the bankruptcy system by enforcing bankruptcy laws and providing oversight of private trustees. Of particular importance is this Program's efforts to address fraud and abuse by debtors, creditors, attorneys, and others in the bankruptcy system by taking formal and informal actions in a civil context and making criminal referrals to and working with the U.S. Attorneys. If you are interested in a challenging and rewarding career and access to a generous benefits package, consider the USTP as your employer of choice! DOJ has been ranked in the Top 5 Best Places to Work in Federal Government for 2007. See www.bestplacestowork.org.

DUTIES: The incumbent applies economic and financial analysis skills to the administrative supervision of bankruptcy cases filed by businesses and consumers primarily under chapters 7, 11, 12 and 13 of the Bankruptcy Code. Reviews debtor's bankruptcy petitions and schedules, business records, periodic financial reports and any proposed reorganization plan for technical sufficiency and to determine financial viability of the business. Recommends appropriate action to either the United States Trustee or Assistant U.S. Trustee. Facilitates the formation and operation of creditor's committees and participates in examination of the debtor. Examines financial reports and operating statements. Assists in the development of operational guidelines, reporting forms, procedures and policies. Participates in oversight of Trustees by review of reports, case files, and audits. May assist in preparation of variety of motions and judicial pleadings.


EXHIBIT 6

USA-0735

QUALIFICATIONS: Certified Public Accountant (CPA) certification and/or a BA/BS which included or was supplemented by 24 semester hours in accounting is preferred. An MBA would also be considered. A 'hands on' accounting background is desirable as well as skill with computer spreadsheets, financial statement analysis and forensic and investigative accounting and auditing. Also, a small business background is preferred.

Applicants must possess one year of specialized experience equivalent to the next lower grade in the Federal service. Specialized Experience is progressively responsible experience which has equipped the applicant with the particular knowledge, skills, and abilities to successfully perform the duties of the position and is typically in or related to the work of the position to be filled.

GS-15 level: Applicants must have one year of specialized experience equivalent to the GS-14 level. Specialized experience is defined as: Experience reviewing bank statements to determine appropriate bonding levels and collateralization of accounts; Experience determining reasonableness of professional fees for accounting and financial services; Experience preparing financial analyses of corporate records and articulating results in a formal setting, such as serving as an expert witness.

NO SUBSTITUTION OF EDUCATION FOR EXPERIENCE IS ALLOWED

Selective Placement Factors are knowledge, skills, abilities or special qualifications that are in addition to the minimum requirements but determined to be essential to perform the duties of the position and are typically in or related to the work of the position to be filled.

Selective Placement Factor identified for this position is as follows:
    At least six (6) months bankruptcy experience is required which exhibits knowledge of bankruptcy regulations and procedures. Education cannot be substituted for the 6 months bankruptcy experience requirement.

Quality Ranking Factors are knowledge, skills, and abilities which could be expected to enhance significantly the performance of the position. The quality ranking factors for this position are as follows:
    1) Knowledge of forensic accounting.
    2) Knowledge of insolvency.
    3) Knowledge of auditing procedures.

APPLICANTS ARE ENCOURAGED TO SUBMIT A SEPARATE NARRATIVE ADDRESSING THE SELECTIVE PLACEMENT FACTOR AND QUALITY RANKING FACTORS TO ENSURE THAT FULL CREDIT IS RECEIVED FOR THE APPROPRIATE WORK EXPERIENCE AS IT RELATES TO THIS POSITION.

EVALUATION METHODS: Applicants will be evaluated based on experience (paid or volunteer experience) as it relates to the quality ranking factors, and information provided in your narrative is heavily relied upon in the rating process. Basically qualified applicants may be further evaluated to determine those who are best qualified.

USA-0736

**BENEFITS:** Numerous health insurance plans; 401 K type retirement system with investment options; paid holidays; paid sick and annual (vacation) leave; life insurance; incentive systems; subsidized transportation; flexible work schedules; training and development opportunities; and a family/work-life program are available. See http://www.usajobs.opm.gov/EI61.asp

**OTHER INFORMATION:**
*This job is being filled by an alternative hiring process and is not in the competitive service.
*Applicants must meet all eligibility requirements, including time-in-grade restrictions, as of the closing date.
*Position subject to restrictions of PL 103-94, Section 8, Political Recommendations.
*Relocation expenses not authorized.
*Applicants must serve a two-year trial period.
*All Federal employees are required by PL 104-134 to have federal payments made by Direct Deposit/Electronic Funds Transfer.
*If selected, a male applicant born after December 31, 1959, and at least 18 years of age must be registered with the Selective Service System unless covered by an exemption under the Selective Service Law, in accordance with 5 U.S.C. 3328.
*Applicants must be U.S. Citizens.

**HOW TO APPLY:**
Applicants must submit either a resume or an OF-612, Optional Application for Federal Employment. Resumes must include full name, mailing address, phone number, social security number, country of citizenship and veterans' preference. Form OF-612 may be obtained on OPM's web site www.opm.gov/forms/html/of.asp. In addition, current/former Federal employees must submit a performance appraisal issued within the last 12 months and the latest SF-50, Notification of Personnel Action.

Applications should be submitted to:

U.S. Department of Justice
Office of the U.S. Trustee
400 East 9th Street Suite 3440
Kansas City MO 64106

Attention: Robert Newton, Regional Administrative Officer

Applications must be postmarked no later than midnight of the closing date and received within 5 calendar days. Applications received in government postage paid envelopes, by fax or e-mail will not be considered. Applications will not be returned. Candidates will not be solicited for further experience/education background data or for proof of veterans' preference if data provided is found to be inadequate or incomplete.

**THE DEPARTMENT OF JUSTICE IS AN EQUAL OPPORTUNITY/REASONABLE ACCOMMODATION EMPLOYER**



USA-0737

Except where otherwise provided by law, there will be no discrimination because of color, race, religion, national origin, politics, marital status, disability, age, sex, sexual orientation, status as a parent, membership or nonmembership in an employee organization, or on the basis of personal favoritism.

The Department of Justice welcomes and encourages applications from persons with physical and mental disabilities and will reasonably accommodate the needs of those persons. If you need a reasonable accommodation for any part of the application and hiring process, please notify the hiring servicing personnel office. The decision on granting reasonable accommodation will be on a case-by-case basis. The Department is firmly committed to satisfying its affirmative obligations under the Rehabilitation Act of 1973, to ensure that persons with disabilities have every opportunity to be hired and advanced on the basis of merit within the Department of Justice.

## VETERANS' PREFERENCE IN HIRING

Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after three (3) years or more of continuous active service may apply.

Many veterans who have been separated from the armed forces under honorable conditions, are eligible for veterans' preference in hiring depending upon such factors as when and how long they served, and whether or not they served in a campaign or expedition for which a campaign medal has been authorized. If you are a claiming 5 point veterans' preference, you must complete the applicable blocks on your Application for Federal Employment and submit a copy of your DD-214. If you are claiming 10 point veterans' preference, you must complete the applicable blocks on your Application for Federal Employment, submit a copy of your SF-15 (Application for 10-point Veteran Preference), and a letter issued in 1991 or later from the Department of Veterans Affairs (VA) to document a service-connected disability.

## CONTACT INFORMATION:

Robert Newton
816-512-1942
Robert.A.Newton@usdoj.gov
TDD: None

## WHAT TO EXPECT NEXT:

You should receive notification regarding the status of your application and/or resume by email or letter.

Once all applications have been reviewed, a list of qualified candidates will be forwarded to the selecting official for further consideration. The selecting official may then contact you for an interview. Once a selection is made you will be notified by email or letter. This process should take approximately 90 calender days from the closing date of this announcement.